PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KAREN LANETTE LAMBERT,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-0174-EFB<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record be extended thirty (30) days from April 26, 2022, up to and including May 26, 2022. This is the parties' first stipulation for an extension.

Defendant respectfully requests this extension because the Certified Administrative Record is not ready for filing. Defendant apologizes that this request comes two days after the initial deadline, which is the result of the undersigned's administrative error in calculating the deadline per the Scheduling Order (Dkt. 7).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  April 28, 2022            /s/  *John V. Johnson*
                                  (*as authorized via e-mail on April 28, 2022)
                                  JOHN V. JOHNSON
                                  Attorney for Plaintiff

Dated: April 28, 2022             PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      /s/  *Ellinor R. Coder*
                                  ELLINOR R. CODER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 26, 2022, to file the administrative record.

DATED:  April 29, 2022.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE